IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alexander, Carol A | Case Number:  06 B 09799 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  3/25/08 | Filed:  8/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  February 28, 2008
Confirmed:  October 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,283.15 | |
| Secured: | | 1,128.73 |
| Unsecured: | | 880.90 |
| Priority: | | 0.00 |
| Administrative: | | 1,674.00 |
| Trustee Fee: | | 200.10 |
| Other Funds: | | 399.42 |
| Totals: | 4,283.15 | 4,283.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,674.00 | 1,674.00 |
| 2. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 3. | Sovereign Bank | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 0.00 | 75.00 |
| 5. | GRP Financial Services Corporation | Secured | 4,582.13 | 358.75 |
| 6. | Sovereign Bank | Secured | 694.98 | 694.98 |
| 7. | Americredit Financial Ser Inc | Unsecured | 473.10 | 473.10 |
| 8. | ECast Settlement Corp | Unsecured | 407.80 | 407.80 |
| 9. | Americredit Financial Ser Inc | Unsecured | 3,992.10 | 0.00 |
| 10. | 77th St Depot Federal Credit Union | Secured | | No Claim Filed |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | Citibank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,824.11 | $ 3,683.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 3.95 |
| 4.8% | 74.36 |
| 5.4% | 121.79 |
| | _____ |
| | $ 200.10 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Alexander, Carol A

Printed:  3/25/08

Case Number:  06 B 09799
Judge:  Goldgar, A. Benjamin
Filed:  8/11/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

